B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re  MAYRA A. ROSALES                    ,          Case No.  13 B 28731
         Debtor

                                                      Chapter  13

## AMENDED ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$  100.00          Check one  ☑  With the filing of the petition, or
                              ☐  On or before _____

$  60.34       on or before   September 18, 2013

$  60.33       on or before   October 18, 2013

$  60.33       on or before   November 18, 2013

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:  August 14, 2013

*Donald R. Cassling*
*United States Bankruptcy Judge*